CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 3 1 2006

JOHN F. CORCORAN, CLERK
BY:
          DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| RINEL FERDINAND,<br>　　　　Petitioner,<br><br>v.<br><br>TERRITORIAL COURT OF THE<br>VIRGIN ISLANDS, DISTRICT OF<br>SAINT CROIX,<br>　　　　Respondent. | Civil Action No. 7:06CV00179<br><br>**FINAL ORDER**<br><br>By Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of mandamus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent, if known.

ENTER: This 31st day of March, 2006.

　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　United States District Judge